**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>DICK POND ATHLETICS, INC.,<br><br>           Defendant. | Civil Action No.: 1-25-cv-00874-JRS-KMB |

**NOTICE OF SETTLEMENT**

Plaintiff Jeffrey Martinez hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Dick Pond Athletics, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: August 5, 2025                          Respectfully Submitted,

                                          /s/  Benjamin J. Sweet
                                        Benjamin J. Sweet
                                        ben@nshmlaw.com
                                        **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                        101 Pennsylvania Boulevard, Suite 2
                                        Pittsburgh, Pennsylvania 15228
                                        Phone: (412) 857-5350

                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 11th day of July, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet