UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JEFFREY MARTINEZ,                          )
                                         )
             Plaintiff,           )
                                         )
           v.                    )         No. 1:25-cv-00874-JRS-KMB
                                         )
DICK POND ATHLETICS, INC.,       )
                                         )
             Defendant.        )

## ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL

The Court has been notified that the Parties have agreed to a settlement of this case. [Dkt. 13.]  Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**, **including the Initial Pretrial Conference scheduled for August 6, 2025.  Within 30 days** of the date of this entry, the Parties shall file the appropriate dismissal papers.  Additional time may be granted if requested in writing before expiration of this period.

     **SO ORDERED**.

Date: 8/6/2025

*Kellie M. Barr*
_____
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Tia J. Combs
Freeman Mathis & Gary, PLLC
tcombs@fmglaw.com

Christopher Martin Lewis
Freeman Mathis & Gary, LLP
chris.lewis@fmglaw.com

Benjamin J. Sweet
Nye, Stirling, Hale, Miller & Sweet, LLP
ben@nshmlaw.com