**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| JEFFREY MARTINEZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>DICK POND ATHLETICS, INC.,<br><br>                    Defendant. | Civil Action No. 1:25-cv-00874-JRS-KMB |

**STIPULATION FOR DISMISSAL**

Plaintiff, Jeffrey Martinez, and Defendant, Dick Pond Athletics, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 21, 2025

NYE STIRLING, HALE,
MILLER, AND SWEET, LLP

By:   /s/ Benjamin J. Sweet
Benjamin J. Sweet, Esq.
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

FREEMAN MATHIS & GARY LLP

By:  /s/ Tia J. Combs
Tia J. Combs, Esq.
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
Telephone: (859) 410-7845

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 21st day of August, 2025.

/s/ Benjamin J. Sweet
Benjamin J. Sweet